UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE GIBSON,<br><br>  Plaintiff,<br><br> v.<br><br>J. LEWIS, et al.,<br><br>  Defendants. | Case No. 17-cv-3995 EMC (PR)<br><br>**REFERRAL FOR PURPOSE OF DETERMINING WHETHER TO RELATE CASES** |
| MOHAMMED MONIE,<br><br>  Plaintiff,<br><br> v.<br><br>J. LEWIS, et al.,<br><br>  Defendants. | Case No. 17-cv-3996-HSG (PR) |
| HARASH PATANG,<br><br>  Plaintiff,<br><br> v.<br><br>J. LEWIS, et al.,<br><br>  Defendants. | Case No. 17-cv-4198-HSG (PR) |

Pursuant to Civil Local Rule 3-12(c), Case No. 17-cv-3996 HSG (PR) and Case No. 17-cv-4198 HSG (PR) are hereby REFERRED, *sua sponte*, to the Honorable Edward M. Chen for consideration of whether the cases are related to 17-cv-3995 EMC (PR). The cases appear to assert the same or similar claims against the same or similar Defendants. The parties shall file any response in opposition to or in support of relating the cases within twenty-one (21) days of the date of this order.

**IT IS SO ORDERED.**

Dated: 9/26/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge